INTERNATIONAL AGRICULTURAL CORPORATION, Appellant, *v.* JOHN H. CARPENTER, Respondent.

*Contract — sale — when evidence of election to hold undisclosed principal rather than defendant should have been admitted.*

*International Agricultural Corpn.* v. *Carpenter*, 190 App. Div. 359, affirmed.

(Argued December 1, 1921; decided January 10, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1920, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was brought to recover for breach of an alleged contract of sale. The Appellate Division reversed

a judgment in favor of plaintiff on the ground that the contract was entered into by defendant as agent for an undisclosed principal and that evidence bearing upon the election of plaintiff's assignor to hold the defendant's principal thereupon rather than defendant himself should have been admitted.

*George L. Ingraham* for appellant.

*E. H. Sykes* and *Loring W. Post* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HOGAN, CARDOZO, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.